IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN
DISTRICT OF TENNESSEE AT KNOXVILLE

| | |
|---|---|
| BERNARD WOODY, et al.,<br><br>    Plaintiffs,<br><br>vs.<br><br>FSGBANK N.A.,<br>TELLICO LANDING, LLC,<br>and RARITY COMMUNICATIONS, INC.,<br><br>    Defendants. | FINAL JUDGMENT<br><br><br><br>Case No. 3:09-cv-418 |

        On May 17, 2012, the court granted Counter-Claimant FSG Bank's Motion for Summary Judgment against Counter-Defendant Bernard Woody in the above-captioned matter.

        Based on the affidavit of Debora Armstrong that was submitted with FSG Bank's motion (Dkt. No. 18-1), it is now ORDERED that final judgment be entered against Mr. Woody in the aggregate amount of $828,850.00 for the deficiency balances due, as of August 11, 2009, on the two separate notes at issue in the counterclaim ($427,925.00 owed on the promissory note that was executed on September 30, 2005; $400,925.00 owed on the second promissory note that was executed on November 1, 2005), plus any interest accrued as provided under 28 U.S.C. § 1961 until the judgment is paid in full.

        The court orders the clerk to close the case.

SO ORDERED this 21st day of May, 2012.

BY THE COURT:

*Tena Campbell*

_____

ENTERED AS A JUDGMENT
s/ *Debra C. Poplin*
CLERK OF COURT

TENA CAMPBELL
United States District Judge

2

Case 3:09-cv-00418   Document 31   Filed 05/21/12   Page 2 of 2   PageID #: 160